UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-62923-CIV-DIMITROULEAS

TIFFANY FERRARO,

    Plaintiff,

vs.

GENESIS FINANCIAL SOLUTIONS, INC.,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF PENDING SETTLEMENT

Plaintiff, Tiffany Ferraro, by and through her undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

    Respectfully Submitted,

    */s/ Anthony C. Norman*
    Anthony C. Norman, Esq.
    Florida Bar No.: 112105
    anthony@lawfirmofacn.com
    The Law Firm of Anthony C. Norman, PLLC
    1345 Monroe Ave. NW, Suite 242
    Grand Rapids, MI 49505
    Telephone: (616) 265-5998
    *Co-Counsel for Plaintiff*

*TC-0009*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on December 25, 2018 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Jonathan M. Benjamin, Esq.
Benjamin Law Practice, PLLC
4581 Weston Rd, Suite 155
Weston, FL 33331
*Co-Counsel for Plaintiff*
Service by CM/ECF

        The Law Firm of Anthony C. Norman, PLLC
        Co-Counsel for Plaintiff
        1345 Monroe Ave. NW, Suite 242
        Grand Rapids, MI 49505
        Telephone: (616) 265-5998

        */s/ Anthony C. Norman*
        Anthony C. Norman, Esq.
        Florida Bar No. 112105
        anthony@lawfirmofacn.com

*TC-0009*