UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-62923-CIV-DIMITROULEAS

TIFFANY FERRARO,

      Plaintiff,

vs.

GENESIS FINANCIAL SOLUTIONS, INC.,

      Defendant.

_____/

## PLAINTIFF'S NOTICE OF FINAL ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and having amicably resolved all matters in controversy, the Plaintiff hereby files this Notice of Final Order of Dismissal with Prejudice of this action with each party to bear its own attorney's fees and costs.

      Respectfully Submitted,

      */s/ Anthony C. Norman*
      Anthony C. Norman, Esq.
      Florida Bar No.: 112105
      anthony@lawfirmofacn.com
      The Law Firm of Anthony C. Norman, PLLC
      1345 Monroe Ave. NW, Suite 242
      Grand Rapids, MI 49505
      Telephone:  (616) 265-5998
      *Co-Counsel for Plaintiff*

*TC-0009*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on January 9, 2019 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Jonathan M. Benjamin, Esq.
Benjamin Law Practice, PLLC
4581 Weston Rd, Suite 155
Weston, FL 33331
*Co-Counsel for Plaintiff*
Service by CM/ECF

                                      The Law Firm of Anthony C. Norman, PLLC
                                      Co-Counsel for Plaintiff
                                      1345 Monroe Ave. NW, Suite 242
                                      Grand Rapids, MI 49505
                                      Telephone: (616) 265-5998

                                      */s/ Anthony C. Norman*
                                      Anthony C. Norman, Esq.
                                      Florida Bar No. 112105
                                      anthony@lawfirmofacn.com

*TC-0009*