UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-62923-CIV-DIMITROULEAS

TIFFANY FERRARO,

    Plaintiff,

vs.

GENESIS FINANCIAL SOLUTIONS, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court on Plaintiff's Notice of Final Order of Dismissal with Prejudice [DE 7] (the "Stipulation"), filed herein on January 9, 2019. The Court has carefully considered the Notice, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Notice [DE 7] is hereby **APPROVED**;

2. This action is **DISMISSED with prejudice**, with each party to bear its own costs and fees except as otherwise agreed;

**3.** The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 9th day of January, 2019.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of Record